UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

DOUGLAS BROWN,

                              Plaintiff,                   **ORDER**
                                                             18-CV-6315 (WFK) (RER)

       v.

GEORGE STERTSIOS *et al.*,

                              Defendants.
-----------------------------------------------------------------X

**WILLIAM F. KUNTZ, II, United States District Judge:**

    On November 8, 2019, the parties in the above-captioned action filed a motion for settlement. *See* ECF No. 38. The same day, the Court entered an order referring the motion to Magistrate Judge Ramon E. Reyes, Jr. for a Report & Recommendation. *See* ECF No. 39. On November 25, 2019, Magistrate Judge Reyes issued an electronic Report recommending the Court grant the motion for settlement. To date no objections have been filed.

    The Court reviews a Report and Recommendation for clear error when no objections have been filed. *See Covey v. Simonton*, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007) (Garaufis, J.). The Court finds no such error here. The Court accordingly ADOPTS Magistrate Judge

1

Reyes's Report and Recommendation, *see* November 25, 2019 Electronic Order, and hereby GRANTS the parties' motion for settlement approval, ECF No. 38.

**SO ORDERED.**

s/WFK

HON. WILLIAM F. KUNTZ, II
United States District Judge

Dated: December 9, 2019
      Brooklyn, New York